UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TODD MATTOX,
        Plaintiff,        Civil Action No.: 12-13762
                                        Honorable Laurie J. Michelson
v.                                 Magistrate Judge Elizabeth A. Stafford

ADAM EDELMAN and
ADRIANNE NEFF,

        Defendant.
_____/

## ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESS FOR DEFENDANT JORDAN

On September 11, 2014, plaintiff Todd Mattox, a prisoner proceeding *pro se*, filed an amended complaint naming, among others, defendant Dr. Kenneth Jordan, who he alleged either worked for Corizon Health Services or the Michigan Department of Corrections. [R. 74, PgID 1674]. His complaint only listed an address, however, for Corizon. [*Id.*]. The Marshal Service attempted service upon defendant Jordan at Corizon, which was returned unexecuted. [R. 112].

Therefore, Mattox is **ORDERED** to provide a correct address for defendant Kenneth Jordan **ON OR BEFORE June 12, 2015**, so that service may be attempted.

Mattox's failure to do so could potentially result in defendant

Jordan being dismissed from this action under Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 18, 2015　　　　　　　　　s/Elizabeth A. Stafford
Detroit, Michigan　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 18, 2015.

　　　　　　　　　　　　　　　　　　s/Marlena Williams
　　　　　　　　　　　　　　　　　　MARLENA WILLIAMS
　　　　　　　　　　　　　　　　　　Case Manager