UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TODD MATTOX,
          Plaintiff,         Civil Action No.: 12-13762
                                    Honorable Laurie J. Michelson
v.                             Magistrate Judge Elizabeth A. Stafford

ADAM EDELMAN and
ADRIANNE NEFF,

          Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL WITHOUT PREJUDICE [R. 121]

Plaintiff Todd Mattox, moves for appointment of counsel. [R. 121]. Mattox's amended complaint alleges deliberate indifference of a serious medical need against Drs. Hanresh Pandya, William Borgerding and Kenneth Johnson, as well as a pattern of deliberate indifference against Corizon Health, Inc. Pandya, Borgerding and Corizon have filed motions to dismiss or for summary judgment based on failure to exhaust, failure to state a claim and qualified immunity. The Court denied Mattox's previous motion for appointment of counsel without prejudice in March 2015. [R. 101, PgID 2085-87].

Mattox again seeks appointment of counsel, alleging that his case involves complex issues of law and fact, that he has a learning disability,

has no access to a legal writer at his current facility and lacks training in the law. The Court incorporates the law and analysis set forth in the March 2015 order, and finds that no change in circumstances since its consideration of Mattox's prior motion. Therefore, Mattox's motion to appoint counsel **[R. 121]** is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 16, 2015  s/Elizabeth A. Stafford
Detroit, Michigan  ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 16, 2015.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager