UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TODD MATTOX,<br><br>    Plaintiff,<br><br>v.<br><br>HANRESH PANDYA, M.D.,<br>DR. KENNETH JORDAN,<br>DR. WILLIAM C. BORGERDING, and<br>DR. RICHARD WOREL,<br><br>    Defendants. | Case No. 2:12-cv-13762-LJM-EAS<br>Honorable Laurie J. Michelson |

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS [262]**

The Court has reviewed the Magistrate Judge's order denying Todd Mattox's request to strike expert reports (ECF No. 253) and has reviewed Mattox's objections to that order (ECF No. 262). The Court finds that the Magistrate Judge's order is not "clearly erroneous" or "contrary to law." Fed. R. Civ. P. 72(a). So Mattox's objections are OVERRULED.

SO ORDERED.

Date: March 21, 2019

s/Laurie J. Michelson
United States District Judge